IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KERI TYWARREN TARTT,
    Petitioner,

vs.                              Case No. 5:08cv125/MCR/EMT

SCOTT A. MIDDLEBROOKS,
    Respondent.
_____/

## **O R D E R**

    Petitioner has filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 6) and has paid the filing fee. However, Petitioner failed to provide the court with two complete copies of his petition for service upon Respondent. Petitioner is advised that he must submit a complete copy for each named Respondent and for the United States Attorney for the Northern District. Therefore, Petitioner must submit two (2) complete copies of the amended petition, including the memorandum of law.

    Accordingly, it is **ORDERED**:

    Petitioner shall submit two (2) complete copies of the amended petition as explained above. This case number should be written on each copy. Failure to do so within **TWENTY (20) DAYS** from the date of docketing of this order may result in the dismissal of this case.

    **DONE AND ORDERED** this 13th day of May 2008.

                              /s/ Elizabeth M. Timothy
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**