**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KERI TYWARREN TARTT,
    Petitioner,

vs.                                    Case No. 5:08cv125/MCR/EMT

SCOTT A. MIDDLEBROOKS,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 14, 2008 (Doc. 10). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

    **DONE AND ORDERED** this 12th day of August, 2008.


                                              s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE**